# COMPLAINT FORM

(for filers who are prisoners without lawyers)

FILED
11/10/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Anthony
Dale
Tilford

vs

(Full name of defendant(s))

Bartholomew County Jail

Case Number:

1:21-cv-02836-SEB-TAB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana (State), and is located at

543 2nd St Columbus IN 47201
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Bartholomew County Jail
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __543 2nd St Columbus IN 47201__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Bartholomew County Jail   543 2nd St Columbus IN 47201__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or aprox. 2nd day of September, 2021 I was jumped (beat up) by 4 inmates Raymond Anderson, John Villegas, David Swift, and another dude whom I have no idea what his name was he went by 2-1 in N block. 2 days prior to it happening I spoke to officer James Oldham in the confrence room and told him that I was speaking for whole pod cause alot of people in N block was scared as I was. I told officer Oldham that Raymond, John, David, & 2-1 needed moved out and told him I'm an ex gangbanger (Gaylord) and that I've been having problems with these dudes due

to me being covered up. Note the 4 dudes that done this to me (jumped me) are all under Almighty Nations. Such as vice lords, 2-1 fatals. I got pulled out by officers Haggi and Garland and was questioned by them in conference room were they seen and noted my marks from being beat up, they asked me if I wanted to press charges I said no due to being scared for my life but I did say I never wanted placed in same blocks as any of them. I was violated my Kup seperets 8th admendment rights due to freedom from cruel and unusinall punishment. They placed me in a block with Raymond Anderson in J block. Raymond spit on me thru the doors holes which is a violation of Farmer v. Brennan 1994 Saftey and Security. Gurds Oldham when I told him that same stuff I wrote to courts thats a violation of Bistrian v Levi 696 F.3d 352, 369-70 (3d cir, 2012) I put multipule grievences in was denyed also I refused housing due to some inmates and me not feeling comfortable and got placed in there I block anyways with officer Woods and

Complaint - 3

Officer Hickman coming to block causing sceans saying Im a problem and that Im on button tryna check out due to me feling unsecure in the pod, Im steadily on button trie to go. Thats a violation of my 8th admendment Benefield v. mcdowall 241 F.3d 1267, 1272 (10th Cir. 2001) (8th admendment claim were prisoner alleged offical deliberately exposed prisoner to harm by labeling Prisoner "snitch".)

Cox v. Quinn 828 F.3d 227 237 (4th cir. 2016) (possible deliberate indifference claim state when detainee repeatedly submitted complaints he was being threatened and officers fully aware of threat exacerbated situation and didn't remove detainee from danger.)

Farmer v. Brennan 511 U.S 825, 829, 832 (1994) prisoners retain 8th Amendment right to freedom from cruel and unusual punishment. P prison officals diliberate indifference to substatial risk of serious harm to inmate violates 8th admendment.

Bistrian v. Levi 696 F.3d 352, 369-70 (3d cir. 2012) deliberate indifference claim stated when officals Placed detainee in yard with gang members and detainee violently attacked even though detainee

warned officals about gang members making threats on detainees life.

Lee v. Wash 390 U.S. 333, 333-34 (1968) (per curiam) (prisoners retain right to equal protection of Laws.

When I also talked to officer Oldham he took me back to N block pulled out Raymond Anderson and told him everything I told him and when Raymond came back in he told me after he gets commissary that I'm hit. and thats when I got beat up by the 4 dudes being Raymond, John, David, and 2-1. I was put in J block with Raymond anderson after coming back up from suicide watch (Note with no mat while being in padded cell for 5-6 days at a time thats also inhumane and cruel and unusual punishment especally when I'm placed in Holding cell 2 on concrete with no mat at all.) anyways Raymond threating my life steadily saying "I'm going to always submit myself to a mexican and/or a Black man you I'm bread Redneck supid ass honkie" " you cracker ass whiteboy") I shouldnt have to feel belittled and or scared for my life. Also I shouldnt have to worry about officers telling

other Inmates whom I file grievences on or have problems with everything I'm doing thats a violation of due process. I wish to sue county of Bartholomew Jail of Southern District of Indiana.

I need help as to filling and fileing this with the courts. As you can see I've put in multiple case laws thats been violated as well as 2 new grievences. Attorney Kenneth J Falk has several other Grievences pretaining to this. Please help me.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[✓] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 700,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want to sue the County of Bartholomew Jail I want $700,000 $350,000 to me and $350,000 to pay court costs/fees lawyers and to help fund a Boys and girls Club here in Columbus IN 47201 to keep troubled kids occupied to stay out of trouble and to help inmates better their stays whom have no idea of their rights and laws being incarcerated here at BCJ with staff members whom know how to run this jail correctly and not at all.

E.  **JURY DEMAND**

☐  Jury Demand – I want a jury to hear my case

OR

☒  Court Trial – I want a judge to hear my case

Dated this __2__ day of __November__ 20__21__.

Respectfully Submitted,

_Anthony Tiffone_
Signature of Plaintiff

_171436_
Plaintiff's Prisoner ID Number

_543 2nd St_
_Columbus IN 47201_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

IV. **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I do not have any money that I know of at all I am still owed stimulus checks all of which I've not recieved at all. I am In Jail broke and on streets I'm homeless at the moment. If you can Please, help, it would be very appreciated.

I, Anthony D Tilford, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

11-1-2021
Date

Signature - Signed Under Penalty of Perjury